Owen Hill
Homeless Action Center
2601 San Pablo Ave
Oakland, CA 94612
Telephone: (510) 698-1705
Facsimile: (510) 858-7867
ohill@homelessactioncenter.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J., Plaintiff, v. COMMISSIONER OF SOCIAL SECURITY, Defendant. | Civil No.25-cv-05281-RMI<br>STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND ~~PROPOSED~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $5,600.00. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will

determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). If the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then pursuant to the assignment executed by plaintiff, the Commissioner shall cause the payment of EAJA fees and costs in the amount of $5,600.00 to be made payable to **Homeless Action Center**, and electronically submit or check **mailed ATTN: Zena Sherman, Homeless Action Center, 2150 Dwight Way, Berkeley CA 94704**.

Dated: November 17, 2026

*/s/ Owen Hill*
Owen Hill
Attorney for Plaintiff Jesse J.

Date: November 17, 2026

*/s/ by email*
Jeff Staples
Special Assistant U.S. Attorney
Attorney for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I; Owen Hill, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

~~Proposed~~ Order

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees And Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of **Five Thousand Six Hundred Dollars** ($5,600.00) as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: November 18, 2026

THE HONORABLE Robert M. Illman
United States Magistrate Judge